| | | | | |
|---|---|---|---|---|
| 9/10/2015 | | Francis J. O'Reilly Esq. | | |
| 3:28 PM | | Pre-bill Worksheet | | Page 9 |

| | |
|---|---|
| Nickname | Kull.Adversary \| 3446 |
| Full Name | Kull, Eric |
| Address | 28 Anton Drive |
| | Carmel, NY 10512 |
| Phone | 845-621-9142     Fax |
| Home | Other *Adversary Proceeding* |
| In Ref To | *A+J. Produce.* |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date / ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/29/2014 34099 | Francis J. O'Reilly Esq. Review/analyze Review email and complaint from Mr. Brown. | 350.00 | 0.40 | 140.00 | Billable |
| 8/5/2014 34391 | Francis J. O'Reilly Esq. Draft/revise Draft and upload stipulation extending the creditor's time to object. | 350.00 | 0.60 | 210.00 | Billable |
| 8/5/2014 34414 | Francis J. O'Reilly Esq. Communicat/OUT Telephone with Mr. Rosenberg. Review and revise stip extending time to object. Upload as a courtesy to Mr. Rosenberg. | 350.00 | 0.80 | 280.00 | Billable |
| 8/5/2014 34415 | Francis J. O'Reilly Esq. Communicat/OUT Email from Mr. Brown ~~asking that~~ I include his clients on the stip to be uploaded. I emailed back ~~advising that~~ I would review his stip. | 350.00 | 0.30 | 105.00 | Billable |
| 8/14/2014 34705 | Francis J. O'Reilly Esq. Draft/revise Work on answer to adversary complaint with Frank. | 350.00 | 0.60 | 210.00 | Billable |
| 8/14/2014 34774 | Frank Corigliano Review/analyze Review complaint of A+J Produce Corp. and E. Armata, Inc. | 300.00 | 1.60 | 480.00 | Billable |
| 8/14/2014 34775 | Frank Corigliano Research Legal research on PACA and the trust's interaction with the debtor's home mortgage. | 300.00 | 0.50 | 150.00 | Billable |
| 8/15/2014 34738 | Kathleen Mallia Draft/revise Prepared Answer with revisions; Draft Notice of Presentment; Draft contact letter | 100.00 | 2.50 2.50 | 250.00 250.00 | No Charge |
| 8/15/2014 34823 | Frank Corigliano Draft/revise Revise and Review Answer | 300.00 | 0.30 | 90.00 | Billable |

9/10/2015                           Francis J. O'Reilly Esq.
3:28 PM                              Pre-bill Worksheet                                                  Page    10

Kull.Adversary:Kull, Eric (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/19/2014<br>34843 | Frank Corigliano<br>Travel<br>   Travel time to court in Poughkeepsie. Split four ways. Charged one half of regular rate | 150.00 | 0.50 | 75.00 | Billable |
| 8/21/2014<br>34874 | Francis J. O'Reilly Esq.<br>Review/analyze<br>   Review answer to adversary complaint. | 350.00 | 0.40<br>0.40 | 140.00<br>140.00 | No Charge |
| 8/22/2014<br>34915 | Kathleen Mallia<br>File Documents<br>   Served Answer via mail with copy to client; Filed Answer via ECF; Draft Affidavit of Service and upload to ECF | 100.00 | 0.40<br>0.40 | 40.00<br>40.00 | No Charge |
| 9/19/2014<br>35519 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>   Review discovery demands received from the plaintiff and send discovery demands to client. | 350.00 | 0.60 | 210.00 | Billable |
| 9/22/2014<br>35600 | Frank Corigliano<br>Plan & Prepare<br>   Plan & Prepare for Pre-Trial conference | 300.00 | 0.30 | 90.00 | Billable |
| 9/23/2014<br>35601 | Frank Corigliano<br>Appear/attend<br>   Attend court for pre-trial conference | 300.00 | 1.50 | 450.00 | Billable |
| 9/23/2014<br>35609 | Frank Corigliano<br>Travel<br>   Travel to Poughkeepsie Bankruptcy Court for pre-trial conference. Time split four ways. Charged at 1/2 of regular billing rate. | 150.00 | 0.50 | 75.00 | Billable |
| 10/3/2014<br>35984 | Frank Corigliano<br>Communicat/CLI<br>   Dictate letter to client regarding production of documents which we are awaiting from client. | 300.00 | 0.20 | 60.00 | Billable |
| 10/20/2014<br>36350 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>   Meet with client and review all discovery document requests. Email to plaintiff's counsel advising that documents are voluminous and need to be inspected locally. | 350.00 | 0.50 | 175.00 | Billable |
| 10/20/2014<br>36361 | Francis J. O'Reilly Esq.<br>Communicat/OUT<br>   Various emails with opposing counsel relating to discovery and client's production of same. | 350.00 | 0.60 | 210.00 | Billable |

| 9/10/2015 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:28 PM | Pre-bill Worksheet | Page 11 |

Kull.Adversary:Kull, Eric (continued)

| Date / ID | Timekeeper / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 10/20/2014 36362 | Francis J. O'Reilly Esq. Communicat/CLI  Meet with client and Lynn, his fiance, to discuss possible third party action as well as discovery issues. | 350.00 | 0.60 | 210.00 | Billable |
| 10/23/2014 36418 | Francis J. O'Reilly Esq. Communicat/OUT  Review and respond to an email from Mr. Brown concerning the production of documents demanded as well as deposition dates. Telephone with client to ascertain when the documents will be forthcoming. He stated that the documents will be brought to the office today. | 350.00 | 0.30 | 105.00 | Billable |
| 10/27/2014 36444 | Francis J. O'Reilly Esq. Communicat/OUT  Email to Mr. Brown advising of receipt of documents demanded in discovery. | 350.00 | 0.20 | 70.00 | Billable |
| 10/27/2014 41430 | Francis J. O'Reilly Esq. Communicat/OUT  Review numerous boxes of documents produced in my office by Mr. Kull. | 350.00 | 1.50 | 525.00 | Billable |
| 11/3/2014 36622 | Francis J. O'Reilly Esq. Communicat/OUT  Email exchange with Mr. Brown concerning discovery issues. | 350.00 | 0.20 | 70.00 | Billable |
| 11/5/2014 36661 | Francis J. O'Reilly Esq. Review/analyze  Go to boxes of documents produced by client to find responsive documents to the discovery demands. | 350.00 | 0.80 | 280.00 | Billable |
| 11/10/2014 36839 | Kathleen Mallia Draft/revise  Draft plaintiff's request for documents | 100.00 | 1.00 / 1.00 | 100.00 / 100.00 | No Charge |
| 11/11/2014 36843 | Francis J. O'Reilly Esq. Communicat/CLI  Meet with client at my request and review document discovery requests again. | 350.00 | 0.30 | 105.00 | Billable |
| 11/14/2014 36894 | Francis J. O'Reilly Esq. Review/analyze  Review further documents and provide documents to adverse counsel by email. | 350.00 | 0.40 | 140.00 | Billable |
| 1/19/2015 38135 | Frank Corigliano Plan & Prepare  Discuss case with Francis J. O'Reilly; Prepare for hearing | 300.00 | 0.40 | 120.00 | Billable |

9/10/2015  
3:28 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page 12

Kull.Adversary:Kull, Eric (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/20/2015 38140 | Frank Corigliano Appear/attend Attend court hearing | 300.00 | 1.40 | 420.00 | Billable |
| 1/20/2015 41431 | Frank Corigliano Other activity Travel time to Poughkeepsie Court. Split four ways. Billed at 1/2 of regular hourly rate. | 150.00 | 0.50 | 75.00 | Billable |
| 1/21/2015 38224 | Frank Corigliano Draft/revise Draft email to staff regarding status and tasks and re-calendaring | 300.00 | 0.20 | 60.00 | Billable |
| 1/22/2015 38214 | Kathleen Mallia Communicat/CLI Letter to client regarding compliance with discovery order | 100.00 | 0.30 0.30 | 30.00 30.00 | No Charge |
| 2/9/2015 38435 | Frank Corigliano Review/analyze Review status of case. | 300.00 | 0.60 0.60 | 180.00 180.00 | No Charge |
| 2/10/2015 38399 | Frank Corigliano Appear/attend Attend hearing in Poughkeepsie Bankruptcy Court | 300.00 | 1.40 | 420.00 | Billable |
| 2/10/2015 41432 | Frank Corigliano Other activity Travel time to Poughkeepsie Court. Split seven ways. Charged at 1/2 of regular rate | 150.00 | 0.30 | 45.00 | Billable |
| 2/11/2015 38358 | Francis J. O'Reilly Esq. Communicat/FIRM Discuss case with Frank. | 350.00 | 0.40 | 140.00 | Billable |
| 2/11/2015 38373 | Frank Corigliano Review/analyze Review/analyze invoice of Greg Brown regarding sanction award. | 300.00 | 0.50 | 150.00 | Billable |
| 2/12/2015 38377 | Frank Corigliano Communicat/OUT Review proposed order; Review motion for sanctions; Email with Greg Brown responding to proposed order and replies to the same | 300.00 | 1.00 | 300.00 | Billable |
| 2/12/2015 38383 | Frank Corigliano Communicat/CLI Letter to client regarding February 10 hearing for sanctions and request to consent to judgment | 300.00 | 0.50 | 150.00 | Billable |

| 9/10/2015 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:28 PM | Pre-bill Worksheet | Page 13 |

Kull.Adversary:Kull, Eric (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/16/2015<br>38600 | Frank Corigliano<br>Communicat/FIRM<br>  Conference with Kathleen Mallia; Review discovery responses; Supervise delivery of discovery information to G. Brown, Esq. | 300.00 | 0.50 | 150.00 | Billable |
| 2/16/2015<br>38612 | Frank Corigliano<br>Review/analyze<br>  Review/analyze letter and proposed order; Send both to Judge Morris; Review discovery responses; Draft attorney declaration in response to proposed order; Review docket in preparation of response; Review letter of 1/12/15 in preparing response | 300.00 | 2.00 | 600.00 | Billable |
| 2/16/2015<br>38616 | Frank Corigliano<br>Draft/revise<br>  Discuss opposition papers with Francis J. O'Reilly; Amend, format and upload file to ECF | 300.00 | 0.50 | 150.00 | Billable |
| 2/16/2015<br>38621 | Kathleen Mallia<br>File Documents<br>  Scanned all documents and email all to Greg Brown, Esq. | 100.00 | 2.00<br>2.00 | 200.00<br>200.00 | No Charge |
| 2/23/2015<br>38782 | Frank Corigliano<br>Communicat/OUT<br>  Review and respond to email of Greg Brown, Esq.; Send email to Anne O'Reilly regarding depositions | 300.00 | 0.40<br>0.40 | 120.00<br>120.00 | Do Not Bill |
| 2/23/2015<br>38929 | Frank Corigliano<br>Communicat/CLI<br>  Review and respond to email of Greg Brown, Esq.; Send email to Anne O'Reilly regarding depositions | 300.00 | 0.40 | 120.00 | Billable |
| 2/27/2015<br>38919 | Frank Corigliano<br>Review/analyze<br>  Review/analyze order for sanctions. | 300.00 | 0.20 | 60.00 | Billable |
| 2/27/2015<br>38922 | Frank Corigliano<br>Communicat/CLI<br>  Dictate letter regarding order for sanctions; Review and revise | 300.00 | 0.20 | 60.00 | Billable |
| 2/27/2015<br>38954 | Kathleen Mallia<br>Communicat/CLI<br>  Letter to client with order for sanction fees. | 100.00 | 0.30 | 30.00 | Billable |
| 3/2/2015<br>38827 | Francis J. O'Reilly Esq.<br>Review/analyze<br>  Review additional discovery provided and give to secretary to scan and provide to counsel. | 350.00 | 1.00 | 350.00 | Billable |

| 9/10/2015 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:28 PM | Pre-bill Worksheet | Page 14 |

Kull.Adversary:Kull, Eric (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/2/2015<br>38831 | Francis J. O'Reilly Esq.<br>Communicat/OUT<br>Review and respond to email from counsel for plaintiff. | 350.00 | 0.40 | 140.00 | Billable |
| 3/2/2015<br>39095 | Kathleen Mallia<br>Manage data<br>  Scan documents | 100.00 | 1.00<br>1.00 | 100.00<br>100.00 | No Charge |
| 3/3/2015<br>39096 | Kathleen Mallia<br>Manage data<br>  Continue to scan documents | 100.00 | 1.00<br>1.00 | 100.00<br>100.00 | No Charge |
| 3/4/2015<br>38847 | Francis J. O'Reilly Esq.<br>Communicat/OUT<br>Read and respond to email from Mr. Brown concerning documents that I am producing as well as deposition dates. | 350.00 | 0.20 | 70.00 | Billable |
| 3/4/2015<br>38849 | Francis J. O'Reilly Esq.<br>Communicat/OUT<br>Provide supplemental discovery responses to counsel for plaintiff. | 350.00 | 0.60 | 210.00 | Billable |
| 3/12/2015<br>39189 | Kathleen Mallia<br>Communicat/CLI<br>  Telephone conference with client regarding deposition; Letter to client with deposition notice | 100.00 | 0.40<br>0.40 | 40.00<br>40.00 | No Charge |
| 3/18/2015<br>39204 | Francis J. O'Reilly Esq.<br>Appear/attend<br>Appear at deposition. Client consented to the entry of a judgment. | 350.00 | 3.50 | 1,225.00 | Billable |
| 3/18/2015<br>41433 | Francis J. O'Reilly Esq.<br>Other activity<br>  Appear at deposition in Melville. Travel time from Brewster, NY to Melville, LI Billed at 1/2 regular hourly rate. | 175.00 | 3.50 | 612.50 | Billable |
| 3/30/2015<br>39414 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>  Telephone with Howard Rosenberg, Esq. to discuss sale of house as well as payoff numbers. | 350.00 | 0.20 | 70.00 | Billable |
| 5/20/2015<br>40301 | Francis J. O'Reilly Esq.<br>Communicat/OUT<br>Telephone with Mr. Brown as to the status of the potential sale of the premises. | 350.00 | 0.20 | 70.00 | Billable |

9/10/2015  
3:28 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page 15

Kull.Adversary:Kull, Eric (continued)

|  |  | Amount | Total |
|---|---|---|---|
| TOTAL | Billable Fees | 34.40 | $10,312.50 |
|  | Do Not Bill | 0.40  $120.00 |  |
|  | No Charge | 9.60  $1,180.00 |  |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/5/2014 34416 | Francis J. O'Reilly Esq. Email  Email from Mr. Brown relating to potential adversary proceeding and time to object. | 0.10 | 2.000 | 0.20 | Billable |
| 8/19/2014 34845 | Frank Corigliano Other travel  Mileage to court in Poughkeepsie. Split four ways. | 0.565 | 19.000 | 10.74 | Billable |
| 9/23/2014 35613 | Frank Corigliano Other travel  Travel mileage to Poughkeepsie Bankruptcy Court. Split four ways. | 0.565 | 19.000 | 10.74 | Billable |
| 1/20/2015 38157 | Frank Corigliano Travel to Poughkeepsie  Travel mileage to Poughkeepsie Court. Split four ways. | 0.575 | 19.000 | 10.93 | Billable |
| 2/10/2015 38413 | Frank Corigliano Travel to Poughkeepsie  Travel mileage to Poughkeepsie Court. Split seven ways. | 0.575 | 12.000 | 6.90 | Billable |
| 2/16/2015 38622 | Kathleen Mallia Copying  Fee for copying documents. | 0.10 | 600.000 | 60.00 | Billable |
| 3/18/2015 39205 | Francis J. O'Reilly Esq. Other travel  Appear at deposition in Melville. Tolls. | 7.50 | 2.000 | 15.00 | Billable |
| 3/18/2015 39206 | Francis J. O'Reilly Esq. Other travel  Appear at deposition in Melville. Mileage | 0.575 | 145.000 | 83.38 | Billable |

TOTAL    Billable Costs                                                                $197.89

9/10/2015  
3:28 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page    16

Kull.Adversary:Kull, Eric (continued)

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---:|---:|
| **Fees Bill Arrangement: Slips** <br> By billing value on each slip. | | |
| Total of billable time slips | $10,312.50 | |
| Total of Fees (Time Charges) | | $10,312.50 |
| **Costs Bill Arrangement: Slips** <br> By billing value on each slip. | | |
| Total of billable expense slips | $197.89 | |
| Total of Costs (Expense Charges) | | $197.89 |
| Total new charges | | $10,510.39 |
| Total New Balance | | $10,510.39 |